MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
            Plaintiff,               :   STIPULATION AND ORDER
                                     :   OF SETTLEMENT
       v.                            :
                                     :   07 Civ. 6252 (LLS)
$4,509.00 OF $10,509.00 IN UNITED    :
STATES CURRENCY,                     :
                                     :
                                     :
            Defendant-in-rem.        :
---------------------------------------X

WHEREAS, on or about January 20, 2007, approximately $10,509.00 in United States currency was seized from Building 22, Apt. 213, Terry Lane, Monticello, New York (the "Residence");

WHEREAS, the United States Drug Enforcement Administration ("DEA") subsequently initiated an administrative forfeiture action against the $10,509.00 by serving notice and advertising the seizure of the $10,509.00;

WHEREAS, on or about March 20, 2007, the DEA received an affidavit from Jeanette K. Margillo ("Margillo") asserting claims on behalf of herself and her minor granddaughter for $4,509.00 (the "Defendant Currency") of the $10,509.00;

WHEREAS, in light of the administrative claim, the

United States of America commenced this action, on or about July 6, 2007, by filing a verified complaint, pursuant to 21 U.S.C. § 881(a)(6), seeking forfeiture of the Defendant Currency, on the ground that the Defendant Currency constitutes moneys furnished or intended to be furnished for a controlled substance, proceeds traceable to such an exchange, and/or moneys used or intended to be used to facilitate such an exchange;

WHEREAS, Margillo subsequently filed, pro se, an answer on behalf of herself and her minor granddaughter for the Defendant Currency (together, the "Claimants");

WHEREAS, notice of the verified complaint and in rem warrant against the Defendant Currency was published in the New York Law Journal on July 20, 2007, and proof of such publication was filed with the Clerk of this Court on September 26, 2007;

WHEREAS, the Claimants are the only persons known by the Government to have an interest in the Defendant Currency, no other parties have filed a claim in this action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

WHEREAS, the Claimants, admitting no wrongdoing in connection herewith, have agreed to settle this manner;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND

ORDERED, by and between Michael J. Garcia, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Anna E. Arreola, and Jeanette K. Margillo, Claimant, on behalf of herself and her minor granddaughter, that:

1. The United States Marshals Service shall issue a check in the amount of $901.80, made payable to the Claimant, Jeanette K. Margillo, and send it to her at 9 Elk Drive, Apt. B31, Monticello, New York 12701.

2. The Claimants shall withdraw their claims to the balance of the Defendant Currency, consisting of $3,607.20, and this sum shall be and is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6). The Claimants also agree not to assert any claims against any other property seized from the Residence, including the remaining balance of the $10,509.00, consisting of $6,000.

3. The Claimants are hereby barred from asserting any claim against the United States of America ("USA"), the Department of Justice ("DOJ"), the U.S. Attorney's Office for the Southern District of New York ("SDNY-USAO"), the United States Marshals Service ("USMS"), the DEA, the Monticello Police Department ("MPD"), the Sullivan County District Attorney's Office ("Sullivan DA's Office"), or any agents and employees of the USA, the DOJ, the SDNY-USAO, the USMS, the DEA, the MPD, or the Sullivan DA's Office, and is further barred from assisting

others in asserting any such claim, in connection with the seizure and/or possession of the Defendant Currency or any other property, including currency, seized from the Residence on or about January 20, 2007.

4.  The Claimants represent that they are the sole owners of the Defendant Currency and further agree to hold harmless the USA, the DOJ, the SDNY-USAO, the USMS, the DEA, the NYPD, the Sullivan DA's Office, as well as any and all employees, officers, and agents of the USA, the DOJ, the SDNY-USAO, the USMS, the DEA, the MPD, and the Sullivan DA's Office, from any and all claims arising from any acts, incidents, or occurrences in connection with the seizure and/or possession of the Defendant Currency or any other currency seized from the Residence on or about January 20, 2007, including but not limited to any third-party claims of ownership of the Defendant Currency.

5.  The Claimants hereby agree to waive all rights to appeal or otherwise challenge or contest the validity of this Stipulation and Order.

6.  This Stipulation and Order shall in no way be deemed an admission of culpability, liability, or guilt on behalf of the Claimants, Plaintiff or any of their respective agents, officers or employees, past and present. Further, this Stipulation and Order shall in no way constitute any reflection upon the merits of the claim and defenses asserted respectively

by the Plaintiff and the Claimants.

    7.    Each party shall bear its own costs and attorney fees.

    8.    This is action is hereby dismissed with prejudice and without costs or disbursements.

Agreed and consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____Anna E. Arreola_____     10/2/2007
ANNA E. ARREOLA                  DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

By: _____Jeanette K Margillo_____     10/2/07
JEANETTE K. MARGILLO, pro se       Date
On Behalf of Claimants

SO ORDERED:

_____Louis L. Stanton_____
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
    10/3/07

5